DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PROGRESSIVE AMERICAN INSURANCE COMPANY**
a/s/o **SHAWN MILLER,**
Appellant,

v.

**HARRIS DAVID GOLDSMITH,**
Appellee.

No. 4D15-3150

[May 25, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Bowman, Judge; L.T. Case No. CACE14009769 (02).

Robert J. Lindeman of Marcadis Singer P.A., Tampa, for appellant.

No appearance for appellee.

PER CURIAM.

In this case, the lower court dismissed appellant's case at a case management conference without notice. Due process requires the trial court to provide notice and an opportunity to be heard prior to dismissal. *Fed. Nat'l Mortg. Ass'n v. Sanchez,* 187 So. 3d 341 (Fla. 4th DCA 2016). Because the lower court did not provide appellant with notice, we reverse and remand.

*Reversed and remanded.*

STEVENSON, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***